# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

UBALDO RIVERA-ALVAREZ,

                    Defendant.

CASE NO. 11CR4920-BEN


**JUDGMENT OF DISMISSAL**


          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 X   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

 X  of the offense(s) as charged in the Information:

     8USC1326(a) and (b) - DEPORTED ALIEN FOUND IN THE UNITED STATES


          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 15, 2011

WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

FILED

DEC 15 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY